UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT HILTON; JOYCE OLIVER,

                    Plaintiffs,

         -against-

UNITED-CONSUMER, UCFS, et al.,

                    Defendants.

25-CV-1155 (LTS)

ORDER DIRECTING PAYMENT OF FEE
OR IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiffs Robert Hilton and Joyce Oliver bring this action *pro se*. To proceed with a civil action in this court, a plaintiff either must pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

      Plaintiffs submitted the complaint with an IFP application from Hilton; Oliver did not submit her own IFP application. Accordingly, within thirty days of the date of this order, Oliver must either pay the $405.00 in fees or submit the attached IFP application. If Oliver submits the IFP application, it should be labeled with docket number 25-CV-1155 (LTS). If the Court grants the IFP application, Plaintiffs will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1). If Oliver does not submit an IFP application, she will be dismissed from the action.

      No summons shall issue at this time. If Oliver complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Oliver fails to comply with this order within the time allowed, she will be dismissed from the action.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   April 7, 2025
         New York, New York

                                         /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                   Chief United States District Judge