UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT HILTON; JOYCE OLIVER,<br><br>                              Plaintiffs,<br><br>        -against-<br><br>UNITED CONSUMER UCFS; JOCELYN TORRES; WILLIAM SHAFFER,<br><br>                              Defendants. | 25-cv-1155 (KMW)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 17, 2025, order, the Court dismisses Plaintiffs' amended complaint, filed in forma pauperis under 28 U.S.C. § 1915(a)(1), for lack of subject matter jurisdiction.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 18, 2025
         New York, New York

                                        /s/ Kimba M. Wood
                                        KIMBA M. WOOD
                                        United States District Judge